1  XAVIER BECERRA
   Attorney General of California
2  JAY GOLDMAN
   Supervising Deputy Attorney General
3  PREETI K. BAJWA, State Bar No. 232484
   IAN MICHAEL ELLIS, State Bar No. 280254
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-1621
6   Fax: (415) 703-5843
    E-mail: Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants*
   *California Department of Corrections and*
8  *Rehabilitation, D. Bright, J. Cruz, R. Grounds,*
   *J. Lower-Brodersen, and J. Moon*
9
   BRIAN T. DUNN, State Bar No. 176502
10 JENNIFER A. BANDLOW, State Bar No. 265757
   JONATHAN D. EVANS, State Bar No. 302887
11 The Cochran Firm California
    4929 Wilshire Blvd., STE 1010
12  Los Angeles, CA 90010
    Telephone: (323) 435-8205
13  Fax: (323) 282-5280
    E-mail: jbandlow@cochranfirm.com
14 *Attorney for Plaintiff Manuel Arreola*

**FILED**

FEB 7 - 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL ARREOLA,<br><br>Plaintiff,<br><br>v.<br><br>CA DEPARTMENT OF CORRECTIONS & REHAB, ET AL.,<br><br>Defendants. | Case No. 3:16-cv-03133-JD<br><br>**STIPULATED DISMISSAL OF DEFENDANTS CRUZ, LOWER-BRODERSEN AND MOON**<br><br>Judge: The Honorable James Donato<br>Trial Date: N/A<br>Action Filed: June 9, 2016 |

///

1

Stip. Dismiss. Defs. Cruz, Lower-Brodersen and Moon (3:16-cv-03133-JD)

1  Plaintiff Manuel Arreola and Defendants CDCR, Cruz, Lower-Brodersen and Moon
2  stipulate that this lawsuit as to Defendants Cruz, Lower-Brodersen and Moon shall be dismissed
3  with ~~prejudice~~ out under Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The Court shall
4  Each party shall bear his own attorney's fees and litigation costs. Retain jurisdiction
5  It is so stipulated. over this matter until CDCR
6  is dismissed at which point
7  Dated: 2/7/17     Respectfully submitted,    ~~{illegible}~~ the
8                    XAVIER BECERRA                dismissals
9                    Attorney General of California  of Cruz,
    MA                JAY GOLDMAN
                      Supervising Deputy Attorney General ~~and~~
10                    J. Moon and Lower-Brodersen
11                    /s/ PREETI K. BAJWA         shall be with
                      PREETI K. BAJWA              prejudice
12                    Deputy Attorney General
                      *Attorneys for Defendants*
13                    *California Department of Corrections*
                      *and Rehabilitation, D. Bright, J. Cruz,*
14                    *R. Grounds, J. Lower-Brodersen,*
                      *and J. Moon*
15

17 Dated: 2/7/17

                      JENNIFER BANDLOW
18                    The Cochran Firm California
                      *Attorney for Plaintiff Manuel Arreola*

20 SF2016400656

22  February 7, 2018                Hon. James Donato

---
2